*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 4, 2014                518843
_____

In the Matter of ANTONIO
    OPPENHEIMER,
                        Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT
T. GRIFFIN, as Superintendent
    of Eastern Correctional
    Facility, et al.,
                        Respondents.
_____

Calendar Date:  October 21, 2014

Before:  Peters, P.J., Stein, Garry, Lynch and Clark, JJ.

                        _____


        Antonio Oppenheimer, Napanoch, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (William E.
Storrs of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent Superintendent of Eastern
Correctional Facility which found petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner commenced this proceeding to challenge a tier II
prison disciplinary determination finding him guilty of
disobeying a direct order and violating frisk procedures.  The
Attorney General has informed this Court that the determination
at issue has been administratively reversed.  As such, the matter
is moot and the petition is dismissed (see Matter of Jackson v
Fischer, 57 AD3d 1122, 1122-1123 [2008]; Matter of Gonzalez v
Selsky, 20 AD3d 833 [2006]).  Inasmuch as the record does not

reflect that petitioner was refunded the mandatory $5 surcharge (see 7 NYCRR 253.7 [b]), he should be permitted to recoup that expense (see Matter of Mastropietro v Fischer, 81 AD3d 1022, 1022 [2011]).

Peters, P.J., Stein, Garry, Lynch and Clark, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with a refund of the mandatory surcharge in the amount of $5.

ENTER:

Robert D. Mayberger
Clerk of the Court